891 F.2d 284
 Wilson (Catherine B.), Estate of Wilson (George)
v.
Deborah Heart and Lung Center, Dr. Kothari, Dr. Kini, Dr.
Riley, Dr. Strong, Dr. Underwood, Dr. Khalil, Dr. Finsch,
Dr. Barte, Dr. O'Yek, Dr. Ensalada, Dr. Curtis, Dr. Canal,
Dr. Silvaray, Dr. Novick, Dr. Roach, Nurse Ciaraffoli, Nurse
Habaradas, Nurse Barry, Nurse Seeba, Nurse Hetzel, Nurse
Duffy, Nurse Guicler, Nurse Hdmilas, Nurse Busle, Nurse
Cervs, Defendant 'X', Defendant 'Y', Defendant 'Z'
 NO. 89-5189
 United States Court of Appeals,
Third Circuit.
 NOV 14, 1989
 
 1
 Appeal From: D.N.J.
 
 
 2
 APPEAL DISMISSED.